# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION
## 2:04cv35

| | |
|---|---|
| ROLLING MEADOWS RANCH, INC., ) ) Plaintiff, ) ) Vs. ) ) ) JACKSON COUNTY, a political subdivision ) of the States of North Carolina; DUKE ) ENERGY CORPORATION, a North ) Carolina Corporation; THOMAS SAWYER;) KENNETH WESTMORELAND; and ) MICHAEL ENSLEY, ) ) Defendants. ) _____ ) | **ORDER** |

**THIS MATTER** is before the court on completion of the December 2, 2005, Status Hearing. Having conducted that hearing and consulted with Honorable Robert J. Conrad, Jr., United States District Judge, and the district court having approved a further enlargement of time for the parties to complete settlement negotiations, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the parties shall have up to and inclusive of February 1, 2006, to complete settlement of this matter. A further **STATUS CONFERENCE** is calendared for February 2, 2006, at 2 p.m, and the court will consider any proposals regarding scheduling and will enter a scheduling Order.

**Signed: December 15, 2005**

*Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge